## DeHART v. R/S FINANCIAL CORP.

No. 9P86.

Case below: 78 N.C. App. 93.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

## DEWEY v. DEWEY

No. 790P86.

Case below: 77 N.C. App. 787.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

## EVANS v. MITCHELL

No. 358P85.

Case below: 77 N.C. App. 598.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 7 April 1986.

## GRANT & HASTINGS, P.A. v. ARLIN

No. 792P85.

Case below: 77 N.C. App. 813.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 April 1986.

## HILL v. HANES CORP.

No. 144A86.

Case below: 79 N.C. App. 67.

Petition by defendant for discretionary review under G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 7 April 1986.